IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BARBARA WINBORNE                    PLAINTIFF

VS.                                 NO. 1:07CV157-B-D

SUNSHINE HEALTH CARE, INC.          DEFENDANT

### JURY VERDICT

Please check the appropriate blank in order to render your verdict.

__X__ WE, THE JURY, find for the Plaintiff, BARBARA WINBORNE, and award damages in the amount of $ _10,000.00_.

Or

_____ WE, THE JURY, find for the Defendant, SUNSHINE HEALTH CARE, INC.

_____
FOREPERSON

DATE: _1/22/2009_